IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF NEW MEXICO, FIRST JUDICIAL DISTRICT ATTORNEY'S OFFICE, LAW OFFICES OF THE PUBLIC DEFENDER, NEW MEXICO FAITH COALITION FOR IMMIGRANT JUSTICE, ENLACE COMUNITARIO, and EL CENTRO DE IGUALDAD Y DERECHOS,

                Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON in his official capacity as Acting Director; COREY PRICE, in his official capacity as Director of the El Paso Immigration and Customs Enforcement Field Office; U.S. DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, Secretary of Homeland Security,

                Defendants.

No. 1:20-cv-00730-LF-JFR

## JOINT STATUS REPORT REGARDING STAY OF PROCEEDINGS (DOC. 32)

On February 12, 2021, this Court vacated the hearing on Defendants' Motion to Dismiss (Doc. 10) and stayed the proceedings for 120 days to allow the parties to evaluate potential modifications of existing policy that could affect some or all of the issues raised in this litigation. *See* Doc. 32.

Plaintiffs' claims in this case all challenge U.S. Immigration and Customs Enforcement ("ICE") Directive No. 11072.1, entitled "Civil Immigration Enforcement Actions Inside Courthouses" (the "Directive"). *See* Doc. 1. On April 27, 2021, ICE and U.S. Customs and Border Protection ("CBP") issued a memorandum revoking the Directive and replacing it with interim guidance regarding civil courthouse arrests. *See* Memorandum from ICE Acting Director Johnson and CBP Acting Commissioner Miller to ICE and CBP, Civil Immigration

1

Enforcement Actions in or near Courthouses (Apr. 27, 2021), *available at* https://www.cbp.gov/sites/default/files/assets/documents/2021-Apr/Enforcement-Actions-in-Courthouses-04-26-21.pdf (last visited June 8, 2021) (the "Memorandum"). The Memorandum strictly limits the circumstances under which ICE or CBP will conduct civil courthouse arrests.

The parties are still discussing the impact of the Memorandum on this litigation and anticipate needing up to thirty (30) additional days to complete these discussions. The parties respectfully request that the Court continue the stay for an additional thirty (30) days or, in the alternative, wait to reset the hearing on the Motion to Dismiss until after the parties file another joint status report.

Respectfully submitted,

Dated: June 8, 2021

**MARTINEZ, HART,
THOMPSON & SANCHEZ, P.C.**
*/s/ Julio C. Romero 6/8/21*
Julio C. Romero
Bruce E. Thompson
1801 Rio Grande Blvd. NW, Ste. A
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 facsimile
julior@osolawfirm.com
brucet@osolawfirm.com
*Attorneys for Plaintiffs*

Dated: June 8, 2021

FRED J. FEDERICI
Acting United States Attorney

*/s/ Christine H. Lyman 6/8/21*
CHRISTINE H. LYMAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1532
Fax: (505) 346-7205
Christine.Lyman@usdoj.gov
*Attorney for Defendants*