IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,
FIRST JUDICIAL DISTRICT ATTORNEY'S OFFICE,
LAW OFFICES OF THE PUBLIC DEFENDER,
NEW MEXICO FAITH COALITION FOR IMMIGRANT JUSTICE,
ENLACE COMUNITARIO, and
EL CENTRO DE IGUALDAD Y DERECHOS,

                              Plaintiffs,

v.                                                              Civil Action No. 20-cv-730 LF-JFR

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,
TONY H. PHAM, in his official capacity as
Acting Deputy Director of U.S. Immigration and
Customs Enforcement and Senior Official
Performing the Duties of the Director,
COREY PRICE, in his official capacity as
Director of the El Paso Immigration and Customs
Enforcement Field Office,
U.S. DEPARTMENT OF HOMELAND SECURITY, and
CHAD WOLF, in his official capacity as
Acting Secretary of United States Department of
Homeland Security,

                              Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE [DOC. 35]

The Parties respectfully move the Court pursuant to Fed. R. Civ. P. 41 for an Order dismissing all claims without prejudice. As grounds therefore, the Parties state as follows:

1. Plaintiffs' claims in this case all challenge U.S. Immigration and Customs Enforcement ("ICE") Directive No. 11072.1, entitled "Civil Immigration Enforcement Actions Inside Courthouses" (the "Directive"). *See* Doc. 1.

2. On April 27, 2021, ICE and U.S. Customs and Border Protection ("CBP") issued a memorandum revoking the Directive and replacing it with interim guidance regarding civil

1

courthouse arrests. *See* Memorandum from ICE Acting Director Johnson and CBP Acting Commissioner Miller to ICE and CBP, Civil Immigration Enforcement Actions in or near Courthouses (Apr. 27, 2021).[1]

3. The April 27, 2021 Memorandum strictly limits the circumstances under which ICE or CBP will conduct civil courthouse arrests.

4. The Parties stipulate that the April 27, 2021 Memorandum moots Plaintiffs' claims by revoking the Directive and strictly limiting the circumstances under which ICE or CBP will conduct civil courthouse arrests.

5. Accordingly, the Parties hereby stipulate to the dismissal without prejudice of Plaintiffs' claims.

Respectfully submitted,

**AMERICAN CIVIL LIBERTIES UNION OF NEW MEXICO**

*/s/ María Martínez Sánchez*

María Martínez Sánchez
Leon Howard
1401 Coal Ave. SW
Albuquerque, NM 87104
(505) 266-5915
(505) 266-5916 facsimile
msanchez@aclu-nm.org
lhoward@aclu-nm.org

**MARTINEZ, HART, THOMPSON & SANCHEZ, P.C.**

*/s/ Julio C. Romero*
Julio C. Romero

---

[1] *Available online at* https://www.cbp.gov/sites/default/files/assets/documents/2021-Apr/Enforcement-Actions-in-Courthouses-04-26-21.pdf (last visited June 30, 2021) (the "Memorandum")

Bruce E. Thompson
1801 Rio Grande Blvd. NW, Ste. A
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 facsimile
julior@osolawfirm.com
brucet@osolawfirm.com

**FREEDMAN, BOYD, HOLLANDER,
GOLDBERG, URIAS & WARD, P.A.**

*/s/ David H. Urias*
David H. Urias
Larissa Lozano
20 First Plaza
Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 facsimile
dhu@fbdlaw.com

*Attorneys for Plaintiffs*


FRED J. FEDERICI
Acting United States Attorney

*/s/ Christine H. Lyman*_____
CHRISTINE H. LYMAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1532
Fax: (505) 346-7205
Christine.Lyman@usdoj.gov

*Attorney for Defendants*

**I HEREBY CERTIFY** that a copy of the foregoing was served upon all counsel of record via the CM/ECF system on this 2nd day of July, 2021.

*/s/ María Martínez Sánchez*
María Martínez Sánchez
